UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG -8 AM 10: 30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. '08 MJ 2460 |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF |
| v. | |
| **Patricia MELENDEZ** | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- |
| Defendant. | Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **August 7, 2008**, within the Southern District of California, **Patricia MELENDEZ (Defendant)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Eva NEGRETE-Cabrera, Mauro CUEVAS-Cortez** and **Blanca RIOS-Rubio (Material Witnesses)**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 8th day of August, 2008.

UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

The complainant states that **Eva NEGRETE-Cabrera, Mauro CUEVAS-Cortez,** and **Blanca RIOS-Rubio** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 7, 2008, at approximately 12:38 a.m., **Patricia MELENDEZ (Defendant)** made application for admission into the United States from Mexico at the San Ysidro Port of Entry via the vehicle primary lanes. Defendant was the driver of a gold 2003 Lincoln Navigator bearing California license plates. Defendant was accompanied by her three (3) children and Paula Sandoval de Pacheco. During primary inspection before a United States Customs and Border Protection (CBP) Officer, Defendant stated she was not bringing anything from Mexico and claimed ownership of the vehicle. Defendant told the officer she was in Mexico for four (4) hours visiting family. The CBP Officer conducted a cursory inspection of the vehicle and noticed the undercarriage had mud spots and black paint. The CBP officer requested a Canine Enforcement Officer (CEO) to screen the vehicle with his Narcotic/Human Detection Dog (N/HDD). The CEO informed the CBP officer he had received an alert to the cargo area of the vehicle. Defendant was taken into custody and escorted to a security office for further investigation. The vehicle was then driven to the secondary lot for further inspection.

In secondary, CBP officers removed the second row center console and lifted forward the second row passenger seat. The carpet was removed and revealed an access panel to a non-factory compartment. The compartment measured 10 inches in height by 22 inches in width by 60 inches in length; it was made of sheet metal covered by aluminum foil insulation. The CBP officers assisted an individual out of the compartment. Then, the CBP officers lifted the third row seat cushion and discovered two individuals in a compartment built under the third row seat into the floor of the cargo area. The third row seat was raised to create a space of 12 inches in height. This compartment was also made of sheet metal and aluminum foil insulation. The individuals were determined to be citizens and natives of Mexico without the legal documentation that would permit their legal entry into the United States. The individuals were identified as: **Eva NEGRETE-Cabrera, Mauro CUEVAS-Cortez,** and **Blanca RIOS-Rubio (Material Witnesses)** and are now held as Material Witnesses.

During a cursory inspection of the vehicle, a counterfeit vehicle registration was found with Defendant's name. System queries indicated Defendant is not the register owner and the plate number did not belong to the vehicle.

A videotaped interview was conducted with the Material Witnesses. Material Witnesses admitted they are citizens of Mexico with no documents to lawfully enter the United States. Material Witnesses stated they were to pay a smuggling fee of $3,000 U.S. dollars. Material Witnesses stated they were going to the United States to seek employment.